

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00303-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5336
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The record in this appeal was due May 12, 2014, but was not filed.  After appellant filed a motion for a free appellate record, we abated the appeal for the trial court to conduct a hearing on whether appellant is indigent and entitled to a free appellate record.

The court reporter has filed a record of the hearing held in the trial court on June 12, 2014, reflecting the trial court's finding that appellant is indigent for purposes of obtaining the appellate record.

We therefore **reinstate** this appeal on the docket of this court.  We **order** Jan Davis, the Gillespie County District Clerk, to file the clerk's record by **July 24, 2014**.

We further **order** the **Cindy Huggins** to file the reporter's record in this appeal by **July 24, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court